IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br>　　　　*Plaintiff*,<br><br>v.<br><br>CANON, INC.,<br>　　　　*Defendant*. | § § § § § § § § § § § § | CIVIL ACTION 6:20-cv-00984-ADA<br>CIVIL ACTION 6:20-cv-00985-ADA |

## ORDER

This Court, after considering Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development's Unopposed Motion for Extension of Time to File Responses to Defendant Canon, Inc.'s Motions to Dismiss and to File an Amended Pleading, is of the opinion that the Motion should be granted.

It is therefore **ORDERED** that Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development's motion is **GRANTED**, and Plaintiff's deadline to file responses to Defendant's Motions to Dismiss and to file an amended pleading is hereby extended through and including April 26, 2021.

SIGNED this _____ day of _____, 2021.

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE