IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A § <br> BRAZOS LICENSING AND § <br> DEVELOPMENT, § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> CANON, INC., § <br> *Defendant*. § <br> § | CIVIL ACTION 6:20-cv-00984-ADA |

## ORDER OF DISMISSAL

The Court having considered the Joint Stipulation of Dismissal, and being duly advised, HEREBY ORDERS THAT:

- WSOU's claims for direct and indirect infringement of the '661 Patent against Canon based solely on Canon's EOS 6D Mark II camera ("Accused Product") and any other Canon cameras using GPS to record a UTC timestamp as is done with the Accused Product ("Dismissed Products") shall be dismissed WITH PREJUDICE;

- WSOU's claims for direct and indirect infringement of the '661 Patent that WSOU has or may have in the future, including any claims of past, present, or future infringement of the '661 Patent against Canon and/or any of Canon's affiliates, subsidiaries, customers, or partners with respect to any Canon products and/or services other than the Dismissed Products, shall be dismissed WITHOUT PREJUDICE;

- WSOU reserves and does not waive any rights or defenses as to WSOU's patent infringement claims against Canon in other actions, including, but not limited to the claims

concerning: (1) U.S. Patent No. 7,054,346 in Case No. 6:20-cv-00980-ADA; (2) U.S. Patent No. 7,116,714 in Case No. 6:20-cv-00981-ADA; and (3) U.S. Patent No. 8,588,537 in Case No. 6:20-cv-00982-ADA; and

- Each party will bear its own costs, expenses, and attorneys' fees.

IT IS SO ORDERED.

SIGNED this ____ day of April, 2021.

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE